| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>November 18, 2020<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERI LIGHTSEY,

    Defendant.

Case No.  2;20-mj-0176-CKD

**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TERI LIGHTSEY ,

Case No.  2;20-mj-0176-CKD  Charge 18 USC § 1343, 18 USC § 1957 and 18 USC § 1956(h)18 USC § 1343, 18 USC § 1957 and 18 USC § 1956(h) , from custody for the following reasons:

    **x**    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

        _____    Unsecured Appearance Bond $ _____

        _____    Appearance Bond with 10% Deposit

        _____    Appearance Bond with Surety

        _____    Corporate Surety Bail Bond

    **x**    (Other): To appear, via Zoom, on Friday, 11/20/2020 at 2 PM.

Issued at Sacramento, California on November 18, 2020 at __2:13 pm_____.

        By:   /s/ Carolyn K. Delaney

        Magistrate Judge Carolyn K. Delaney